IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **DOUGLAS FORSON**<br>*Plaintiff* | § § § § | |
| v. | § § | CIVIL ACTION NO.  2:21-CV-00270 |
| **TRANSPORT CORPORATION OF AMERICA, INC., AND MARCUS ANDERS,**<br>*Defendants* | § § § § § | |

### AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

**TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS:**

**COME NOW**, Plaintiff Douglas Forson and Defendants Transport Corporation of America, Inc. and Marcus Anders (collectively the "Parties"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and file this, their Agreed Stipulation of Dismissal with Prejudice in the above-entitled and numbered cause.

**I.**

1. Plaintiff Douglas Forson stipulates to the dismissal of each and all of his causes of action asserted against Defendants Transport Corporation of America, Inc. and Marcus Anders in this action with prejudice to said actions being refiled against Defendants Transport Corporation of America, Inc. and Marcus Anders.

2. All Parties hereto stipulate that taxable costs of court shall be borne by the party incurring same.

## II.

3. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Douglas Forson and Defendants Transport Corporation of America, Inc. and Marcus Anders. by and through their counsel, hereby stipulate that any and all claims asserted by and on behalf of Plaintiff against Defendants in Civil Action No. 2:21-CV-0027, be and are hereby dismissed with prejudice, and with the Parties to bear their own costs.

Respectfully submitted,

By: /s/ *Jimmy M. Negem, Sr.* with permission
**JIMMY M. NEGEM, SR.**
State Bar No. 14865500
jimmy@negemlaw.com
**JOE M. WORTHINGTON**
State Bar No. 22009950
joe@negemlaw.com
**JIMMY M. NEGEM, JR**
State Bar No. 24115371

**NEGEM & WORTHINGTON**
1828 ESE Loop 323, Suite R-1A
Tyler, Texas 75701
(903) 595-4466 (telephone)
(903) 593-3266 (fax)

**ATTORNEYS FOR PLAINTIFF**

*~AND~*

By: /s/ *David L. Sargent*
**DAVID L. SARGENT**
State Bar No. 17648700
david.sargent@sargentlawtx.com

**SARGENT LAW, P.C.**
1717 Main Street, Suite 4750
Dallas, Texas 75201-7346
(214) 749-6000 (telephone)
(214) 749-6100 (fax)

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a) on September 13, 2022. Counsel for Defendants will be served via electronic mail on this same date.

Jimmy M. Negem, Sr.
Joe M. Worthington
Jimmy M. Negem, Jr.
NEGEM & WORTHINGTON
1828 ESE Loop 323, Suite R-1A
Tyler, Texas 75701
***ATTORNEYS FOR PLAINTIFF***

/s/ *David L. Sargent*
**DAVID L. SARGENT**