IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DOUGLAS FORSON, § | |
| § | |
| Plaintiff, § | |
| § | CIVIL ACTION NO. 2:21-CV-00270-RWS |
| v. § | |
| § | |
| TRANSPORT CORPORATION OF § | |
| AMERICA, INC., MARCUS ANDERS, § | |
| § | |
| Defendants. § | |

# ORDER

Before the Court is the Parties' Agreed Stipulation of Dismissal with Prejudice (Docket. No. 41). In this stipulation, the parties notify the Court that they have settled their respective claims for relief in this action and request dismissal with prejudice of all claims pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Having considered the stipulation, the Court finds that it should be **GRANTED**. It is therefore

**ORDERED** that all claims asserted by and between all parties as part of the above-captioned case are **DISMISSED WITH PREJUDICE** with all attorneys' fees, expenses, and costs of court to be borne by the party incurring the same. It is further

**ORDERED** that the Clerk of Court **CLOSE** the above-captioned case.

**So ORDERED and SIGNED this 23rd day of September, 2022.**

*/s/ Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE